**Honorable Ronald B. Leighton**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF CLARK, a Washington State municipal corporation, WEXFORD HEALTH SOURCES, INC., a foreign corporation; PHI THI NGUYEN, individually and VY VIET TRAN, individually and in his capacity As Personal Representative of the Estate of VUONG QUANG TRAN, deceased; GARRY E. LUCAS, JOSEPH K. DUNEGAN, JACKIE BATTIES, BILL BARRON, JACK G. HUFF, MICHAEL J. NAGY, ROBERT KARCHER, DANIEL L. CONN, NICKOLAS A. LITTLE, CAROL L. RANCE, KELLY E. EPPERSON, GLADYS C. MAYNARD, REGINALD D. LEWIS, DANIEL J. GORECKI, RITA A. LAURENT, SUSAN M. BANKSTON,<br><br>Defendants. | No. 3:10-cv-05625-RBL<br><br>ORDER REQUESTING RESPONSE TO MOTION FOR RECONSIDERATION |

THIS MATTER is before the Court on Plaintiff Evanston's Motion for Reconsideration [Dkt. #47] of the Court's Order [Dkt. #46] on Evanston's Motion for Summary Judgment [Dkt. #39].

ORDER – 1

Evanston argues that Clark County was an additional insured under the policy Evanston issued to Wexford "only as respects liability for Bodily Injury or Property Damage caused by the negligence of the Named Insured." It argues that the Court's Order left open the possibility of coverage only for claims against the city arising from general administrative policies, which do not on their face allege liability for bodily injury caused by the negligence of the Named Insured.

Motions for reconsideration are generally disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error or a showing of new facts or authority which could not have been brought to its attention earlier with reasonable diligence. CR 7(h)(1), Local Rules W.D. Wash. No motion for reconsideration will be granted unless an opposing party has been afforded the opportunity to file a response. CR 7(h).

The Court hereby REQUESTS that the City respond to Evanston's Motion on the above issue and argument. The Response should be no more than 5 pages and should be filed within 5 days of the date of this Order.

**IT IS SO ORDERED.**

Dated this 8th day of December, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER – 2